4




**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 00-CV-00005-DT |
| | § | (Settlement Facility Matters) |
| DOW CORNING CORPORATION, | § | |
| | § | Hon. Denise Page Hood |
| REORGANIZED DEBTOR | § | |

**AGREED ORDER PARTIALLY ALLOWING SUBSTANTIAL CONTRIBUTION CLAIM FILED BY CHARLES WOLFSON**

On January 3, 2005 Charles Wolfson ("Wolfson") filed a claim for the allowance of $64,000 in fees and $8,011.75 in expenses (the "Claim") as a substantial contribution claim pursuant to 11 U.S.C. § 503(b)(4) and Section 9.02 of Annex A to the Settlement Facility and Fund Distribution Agreement. In June 2005 Dow Corning, the Debtor's Representatives, and the Claimants' Advisory Committee filed objections to Wolfson's Claim. In the interest of minimizing additional litigation costs to the Settlement Facility-Dow Corning Trust, the Claimants' Advisory Committee, and the Debtor's Representatives, the parties have reached an agreement to resolve the objections and allow the Claim in a limited amount on the terms set forth below. Based on the parties' agreement, as evidenced by their signatures below, it is hereby ORDERED as follows:

1. Wolfson's Claim is hereby allowed in the total amount of five thousand dollars (5,000.00 USD). All other amounts requested in the Claim are hereby denied.

2. Wolfson may request that the Finance Committee promptly direct the Settlement Facility to pay the Claim in the amount specified in this Agreed Order from the Settlement Fund (as defined in the Settlement Facility and Fund Distribution Agreement).

Dated: SEP 23 2005

DENISE PAGE HOOD
United States District Judge

**AGREED:**

FOR DOW CORNING CORPORATION AND THE DEBTOR'S REPRESENTATIVES

Deborah E. Greenspan
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526
Tel: 202-861-9100
E-mail: GreenspanD@dsmo.com

FOR THE CLAIMANTS' ADVISORY COMMITTEE

Dianna L. Pendleton-Dominguez
Law Office of Dianna Pendleton
401 North Main Street
St. Marys, OH 45885
Tel: 281-703-0998
E-mail: DPEND440@aol.com

Charles Wolfson
Wolfson Law Offices
70 Kevin Avenue
Avalon, NSW 2107
Australia.510
Tel.: 612 9973 1572
E-mail: cwolfson@hotmail.com

Dated: ______________________

______________________________
DENISE PAGE HOOD
United States District Judge

**AGREED:**

FOR DOW CORNING CORPORATION AND THE DEBTOR'S REPRESENTATIVES

______________________________
Deborah E. Greenspan
Dickstein, Shapiro, Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526
Tel: 202-861-9100

FOR THE CLAIMANTS' ADVISORY COMMITTEE

Dianna Pendleton-Dominguez
______________________________
Dianna Pendleton-Dominguez
401 North Main Street
St. Marys, OH 45885
Tel: 281-703-0998

______________________________
Charles Wolfson
Wolfson Law Offices
510 Barrenjoey Road
Avalon NSW 2107
Australia
Tel.: 612 9973 1572
email: cwolfson@hotmail.com

2. Wolfson may request that the Finance Committee promptly direct the Settlement Facility to pay the Claim in the amount specified in this Agreed Order from the Settlement Fund (as defined in the Settlement Facility and Fund Distribution Agreement).

Dated: ______________________

______________________
DENISE PAGE HOOD
United States District Judge

**AGREED:**

FOR DOW CORNING CORPORATION AND THE DEBTOR'S REPRESENTATIVES

______________________
Deborah E. Greenspan
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526
Tel: 202-861-9100
E-mail: GreenspanD@dsmo.com

FOR THE CLAIMANTS' ADVISORY COMMITTEE

______________________
Dianna L. Pendleton-Dominguez
Law Office of Dianna Pendleton
401 North Main Street
St. Marys, OH 45885
Tel: 281-703-0998
E-mail: DPEND440@aol.com

______________________
Charles Wolfson
Wolfson Law Offices
70 Kevin Avenue
Avalon, NSW 2107
Australia
Tel.: 612 9973 1572
E-mail: cwolfson@hotmail.com