UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 00-CV-00005 |
| | § | (Settlement Facility Matters) |
| DOW CORNING CORPORATION, | § | |
| | § | Honorable Denise Page Hood |
| Reorganized Debtor | § | |

**AGREED ORDER WITHDRAWING MOTIONS TO
ALLOW LATE PROOFS OF CLAIM AND CONFIRMING
MOVANTS' STATUS AS TIMELY NOTICE OF INTENT CLAIMANTS**

In October and November 2005, each of the following persons ("Movants") filed a "Motion to be Deemed Eligible Under Class 5 of the Dow Plan" (the "Motions"):  Nancy Davis (dkt. 236), Kathleen Wright (dkt. 241), and Valerie Brockman (dkt. 254).  In the Motions, the Movants sought status as Class 5 claimants under the Amended Joint Plan of Reorganization to the same extent as any Class 5 claimant who had timely filed an Implant Proof of Claim in the Dow Corning bankruptcy case.  Counsel for Dow Corning and counsel for the Movants have discussed the merits of the Motions and have agreed to their resolution as set forth below, and the Claimants' Advisory Committee concurs in such resolution.

Based on the parties' agreement, as evidenced by their signatures below, it is hereby ORDERED as follows:

1.      The Motions are hereby withdrawn with prejudice and the Movants shall not have the status as claimants who timely filed an Implant Proof of Claim.

2.      However, each of the Movants has timely filed a Notice of Intent.[1]  Each Movant shall be a Settling Personal Injury Claimant and shall be eligible to participate in the Settlement Facility-Dow Corning Trust ("SF-DCT") (a) if the Movant matches to a Rule

---

[1]      The Movants' Notice of Intent records are identified as follows:  Valerie Brockman—N0001546;

3005 claim filed in her individual name or (b) to the extent the parties agree to, and/or the

Court orders, a resolution of the pending Motion of Dow Corning Corporation to Establish

Procedure to Assist the Claims Administrator to Identify and Match Notices of Intent to Rule

3005 Claims in Accordance with Amended Joint Plan.

      3.     Each Movant's Notice of Intent shall be considered by the SF-DCT in

accordance with the procedures applicable to all other timely Notices of Intent under the

Plan, the Plan Documents, and all relevant Court orders.

Dated:  April 13, 2006            /s/  DENISE PAGE HOOD
                                        Denise Page Hood
                                        United States District Judge

**AGREED:**

NELIGAN FOLEY LLP                DICKSTEIN SHAPIRO MORIN &
                                        OSHINSKY LLP

By:  */s/ David Ellerbe*              By:  */s/ Deborah E. Greenspan*
    David Ellerbe                         Deborah E. Greenspan
1700 Pacific Avenue, Suite 2600       2101 L Street, N.W.
Dallas, Texas  75201                  Washington, DC  20037-1526
214-8420-5300                          202-861-9100
214-840-5301 fax                    202-887-0689 fax

ATTORNEYS FOR DOW CORNING        DEBTOR'S  REPRESENTATIVE
AND
CORPORATION                     COUNSEL FOR DOW CORNING
                                    CORPORATION

LAW OFFICES OF STEPHEN M. FRAILICH     CLAIMANTS'       ADVISORY
COMMITTEE

By:  */s/ Stephen M. Frailich*        By: */s/ Dianna L. Pendleton-Dominguez*
    STEPHEN M. FRAILICH            Dianna L. Pendleton-Dominguez
    California State Bar #091652       P.O. Box 665
    22287 Mulholland Hwy-PMB 409    St. Marys, Ohio  45885
    Calabasas, CA  91302-5157      419-394-0717
    818-223-9064                    419-394-1748 (fax)
    818-223-9062 fax

Kathleen Wright—N0003817; and Nancy Davis—N0005492.

ATTORNEYS FOR NANCY DAVIS,
KATHLEEN WRIGHT, AND VALERIE BROCKMAN