FILED
APR 13 2006
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: § Case No. 2:00-x-00005-DPH
§ (Settlement Facility Matters)
DOW CORNING CORPORATION, §
§
Reorganized Debtor. § Hon. Denise Page Hood

## AGREED ORDER ALLOWING SUBSTANTIAL CONTRIBUTION CLAIM FILED BY KEATING, MUETHING & KLEKAMP, PLL

Keating, Muething & Klekamp, PLL ("Keating Muething") has filed a claim (the "Claim") for the allowance of a substantial contribution claim pursuant to 11 U.S.C. § 503(b)(4) and section 9.02 of Annex A to the Settlement Facility and Fund Distribution Agreement. Reorganized Dow Corning and the Debtor's Representatives (together, "Dow Corning") and the Claimants' Advisory Committee (the "CAC") filed objections to the claim. Following an extensive analysis of the Claim, the supporting documentation and declarations submitted therewith, and relevant authorities, Dow Corning, the CAC, and Keating Muething engaged in settlement discussions in an effort to resolve the Claim. Such parties have reached an agreement to resolve the objections and partially allow the claim on the terms set forth below. Based on the parties' agreement, as evidenced by their signatures below, it is hereby ORDERED as follows:

1. Keating Muething's Claim is hereby allowed in the total amount of $475,000.00, representing a portion of the requested fees, to be payable only as provided below. All other amounts requested in the Claim are hereby denied.

2. The Keating Muething's Claim allowed herein shall be paid when payments on account of medical condition or disease to approved Claimants in Classes 9 or 10 under the Joint Plan of Reorganization are initiated or, by November 30, 2006, whichever is earlier. The parties will use reasonable "best efforts" to work with the administrator to attempt to get these payments

made as soon as possible after the June 1, 2006 deadline. Keating Muething may present this Order to the Finance Committee which shall direct payments from the Other Products Fund (as defined in the Settlement Facility and Fund Distribution Agreement) in accordance with the terms of this Order.

Dated: APR 13 2006

DENISE PAGE HOOD
United States District Judge

**AGREED:**

FOR DOW CORNING CORPORATION
AND THE DEBTOR'S REPRESENTATIVES

DEBORAH E. GREENSPAN
Dickstein, Shapiro, Morin & Oshinky LLP
2101 L Street NW
Washington, DC 20037-1526
Telephone: 202.861.9100

KEATING MUETHING & KLEKAMP PLL

Kevin Irwin
Michael Scheier
Keating, Muething & Klekamp
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202
Telephone: 513.579.6400

FOR THE CLAIMANT'S ADVISORY
COMMITTEE

PATRICK L. HUGHES
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010
Telephone: 713.547.2550

made as soon as possible after the June 1, 2006 deadline. Keating Muething may present this Order to the Finance Committee which shall direct payments from the Other Products Fund (as defined in the Settlement Facility and Fund Distribution Agreement) in accordance with the terms of this Order.

Dated: _____

_____
DENISE PAGE HOOD
United States District Judge

**AGREED:**

FOR DOW CORNING CORPORATION
AND THE DEBTOR'S REPRESENTATIVES

FOR THE CLAIMANT'S ADVISORY
COMMITTEE

_____
DEBORAH E. GREENSPAN
Dickstein, Shapiro, Morin & Oshinky LLP
2101 L Street NW
Washington, DC 20037-1526
Telephone: 202.861.9100

_____
PATRICK L. HUGHES
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010
Telephone: 713.547.2550

KEATING MUETHING & KLEKAMP PLL

_____
Kevin Irwin
Michael Scheier
Keating, Muething & Klekamp
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202
Telephone: 513.579.6400
H-Agreed Order Allowing Subcon Claim of Keating Muething2.DOC - 2 -

made as soon as possible after the June 1, 2006 deadline. Keating Muething may present this Order to the Finance Committee which shall direct payments from the Other Products Fund (as defined in the Settlement Facility and Fund Distribution Agreement) in accordance with the terms of this Order.

Dated: _____

DENISE PAGE HOOD
United States District Judge

**AGREED:**

FOR DOW CORNING CORPORATION
AND THE DEBTOR'S REPRESENTATIVES

DEBORAH E. GREENSPAN
Dickstein, Shapiro, Morin & Oshinky LLP
2101 L. Street NW
Washington, DC 20037-1526
Telephone: 202.861.9100

KEATING MUETHING & KLEKAMP PLL

Kevin Irwin
Michael Scheier
Keating, Muething & Klekamp
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202
Telephone: 513.579.6400

FOR THE CLAIMANT'S ADVISORY COMMITTEE

PATRICK L. HUGHES
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010
Telephone: 713.547.2550

H-604030_3.DOC

- 2 -